# PHILLIPS & ASSOCIATES

*Attorneys at [Law]*
45 BROADWAY, SUITE 430, NEW [YORK]
TEL: (212) 248-7431 FAX [...]
WWW.NYCEMPLOYMENT[...]
A PROFESSIONAL LIMITED LIA[BILITY]

> Application denied. The initial pretrial telephone conference will proceed as scheduled.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           January 23, 2023

**Via ECF:**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

Re: **Mark Skurnick v. Fujifilm Medical Systems U.S.A., Inc.**
**Case No. 22 Civ. 07879 (PMH)(JCM)**

Your Honor:

This firm represents the Plaintiff, Mark Skurnick ("Plaintiff"), in the above-referenced action. The parties write jointly to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Tuesday, January 31, 2023 at 9:30 a.m. Pursuant to the Second Amended Standing Administrative Order (Dkt. No. 12) applicable to all counseled employment discrimination cases (the "Order"), the parties were referred to the Southern District of New York's Alternative Dispute Resolution program and the parties will make good faith efforts to resolve this matter at the anticipated mediation session. To date, the parties have exchanged documents and information and remain actively engaged in efforts to ensure that they each receive the targeted, core discovery required by the Order.

To avoid the potentially unnecessary time and expense of the Initial Pretrial Conference, its attendant filings, and the more robust discovery that would soon follow, as well as to most importantly conserve judicial resources, the parties respectfully request that the Court adjourn the Initial Pretrial Conference *sine die* and permit the parties to contact the Court following the mediation to request a new date for the Initial Pretrial Conference in the event that the matter does not settle. This is the parties' first request to adjourn the Initial Pretrial Conference, and it will not affect any future deadlines.

The parties thank the Court for its time and consideration of their joint request.

Respectfully,
PHILLIPS & ASSOCIATES

/s/ _____
Joshua Friedman, Esq.
Phillips & Associates, PLLC

585 Stewart Avenue, Suite 410
Garden City, NY 11530
(212) 248-7431
jfriedman@tpglaws.com

Cc (via ECF): all counsel of record